Decision Per Curiam.

Virgil Harris, Plaintiff in Error. vs. The State of Florida, Defendant in Error.

Writ of error to Criminal Court of Record, Duval County; John L. Doggett, Judge.

*John Wallace,* for Plaintiff in Error.

No appearance for Defendant in Error.
53 S. C.

Memorandum Decisions.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on motion of counsel for plaintiff in error.

Decision Per Curiam.